FILED

05/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0304

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0304

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

WILLIAM EDDIE MOODY,

     Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Supplement the Record is GRANTED. The transcript of the hearing in Judith Basin County District Court, Cause No. DC 23-2018-9 on December 16, 2019, shall be placed in the file of this Court for this cause. The Clerk shall serve a copy of this Order upon the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 24 2021